**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

CAROL GAYLOR,                                )
an individual,                                    )
                                                       )    CASE NO.: 2:24-cv-00210-SCJ
                    Plaintiff,                   )
vs.                                                  )
                                                       )
UNITED COMMUNITY BANKS, INC.,   )
a Georgia Corporation,                     )
                                                       )
                    Defendant.                 )
_____)

## <u>NOTICE OF SETTLEMENT</u>

Plaintiff, with Defendant's consent, hereby files this Notice of Settlement to advise the Court that they have reached an agreement regarding all material issues in this case.  The parties anticipate filing a joint stipulation for dismissal once they have executed the agreement and other terms have been met, which is expected within thirty (30) days.  The parties additionally request that all upcoming deadlines be adjourned while they finalize their agreement.

Date: November 19, 2024

Respectfully submitted,

1

**/s/ John A. Moore**
John A. Moore, Esq.
Georgia Bar No: 519792
The Moore Law Group, LLC
1745 Martin Luther King, Jr. Drive
Atlanta, Georgia 30314
Tel: (678) 288-5601
Fax: (888) 553-0071
jmoore@moorelawllc.com

*Attorney for Plaintiff*

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1

The undersigned hereby certifies that the foregoing document has been prepared in accordance with the font type and margin requirements of Local Rule 5.1 of the Northern District of Georgia, using a font type of Times New Roman and a point size of 14.

/s/ John A. Moore
John A. Moore, Esq.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 19, 2024, I electronically filed the foregoing with the Clerk of Court by using CM/ECF system which will send notice of electronic filing to all registered participants to the following:

Evan Rosen, Esq.
Jackson Lewis

2

171 17th Street, NW, Suite 1200
Atlanta, GA 30363
Tel.: (404) 525-8200
Evan.Rosen@jacksonlewis.com

/s/ John A. Moore
John A. Moore
Georgia Bar No. 519792
Counsel for Plaintiff
The Moore Law Group, LLC
1745 Martin Luther King Jr., Drive
Atlanta, Georgia 30314
Fax: (888) 553-0071
Tel: (678) 288-5601
jmoore@moorelawllc.com